No. 00–1842. STATOIL ASA v. HEEREMAC V. O. F. ET AL. C. A. 5th Cir.;

No. 00–1860. MEMORIAL HOSPITALS ASSN. v. HUMPHREY. C. A. 9th Cir.; and

No. 00–1926. AMERICAN INSURANCE ASSN. ET AL. v. LOW, COMMISSIONER OF INSURANCE OF CALIFORNIA. C. A. 9th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 00–8452. ATKINS v. VIRGINIA. Sup. Ct. Va. [Certiorari granted, 533 U. S. 976.] Order entered September 25, 2001, is amended as follows: Motion for leave to proceed in forma pauperis granted. Certiorari granted limited to the following question: "Whether the execution of mentally retarded individuals convicted of capital crimes violates the Eighth Amendment?"

No. 00–9054. COREY v. MENDEL ET AL. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [532 U. S. 1036] denied.

No. 00–9491. JOHNSON v. WYOMING. Dist. Ct. Wyo., Laramie County. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [532 U. S. 1036] denied.

No. 00–10065. ANDERSON v. UNITED STATES. C. A. Fed. Cir. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [533 U. S. 926] denied.

No. 00–9280. KELLY v. SOUTH CAROLINA. Sup. Ct. S. C. [Certiorari granted, 533 U. S. 928.] Motion of appointment of counsel granted, and it is ordered that David I. Bruck, Esq., of Columbia, S. C., be appointed to serve as counsel for petitioner in this case.

No. 00–9285. MICKENS v. TAYLOR, WARDEN. C. A. 4th Cir. [Certiorari granted, 532 U. S. 970.] Motion of Legal Ethicists et al. for leave to file a brief as amici curiae granted. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.